IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**CHARLES AUSTIN JENKINS**<br><br>**Defendants** | **Criminal No. 23-cr-00123-SAG** |

## ORDER

Upon consideration of the defendant Charles Jenkins' Motion for Order regarding Speedy Trial Status, it is this ____ day of _____, 2023, it is

ORDERED, that the Motion for Order Regarding Speedy Trial Status shall be, and the same hereby is, GRANTED; and it is further

ORDERED, that pursuant to 18 U.S.C. Sections 3161(h)(1) and 3161(h)(7)(A) and (B), in order to allow defense counsel to review discovery, prepare pretrial motions and prepare for trial in the event that a pretrial resolution is not reached, the ends of justice served by continuing the trial of this matter outweigh the best interests of the public and the defendants in a speedy trial.  Therefore, the time between April 14, 2023, and June 16, 2023, is excluded in computing the time within which trial must commence.

_____
STEPHANIE A. GALLAGHER
United States District Judge