IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | |
| | * | CRIMINAL NO. 23-123-SAG |
| CHARLES AUSTIN JENKINS, and | * | |
| | * | |
| ROBERT JUSTIN KROP, | * | |
| | * | |
| Defendants. | * | |
| | ******* | |

## MOTION TO DISMISS

The United States, by and through its undersigned attorneys, hereby requests leave of the court, in accordance with Fed. R. Crim. P. 48(a), to dismiss Count Five and paragraph 12.e. of Count One of the Indictment.

If the court grants the Government's motion, the United States will submit another motion to amend paragraph and count numbering elsewhere in the Indictment. A proposed Order granting the Government leave to dismiss as herein requested is included with this motion.

                                                Respectfully submitted,

                                                Erek L. Barron
                                                United States Attorney
                                                               /ss/
By: _____
                                                Christine Goo
                                                P. Michael Cunningham
                                                Assistant United States Attorneys

## CERTIFICATE OF SERVICE

I hereby certify that this filing was served on defense counsel via ECF electronic filing.

                                        By:   /s/_____
                                                  Christine Goo
                                                  Assistant United States Attorney