IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CRIMINAL NO.  23-cr-0123-SAG |
| | * | |
| CHARLES AUSTIN JENKINS, | * | |
| | * | |
| and | * | |
| | * | |
| ROBERT JUSTIN KROP, | * | |
| | * | |
| | * | |
| Defendants. | * | |
| | ****** | |

## MOTION FOR DOCKETING REVISED INDICTMENT

The United States, through its undersigned counsel, respectfully moves to docket the attached revised Indictment in this matter, pursuant to the Court's Order dated December 6, 2023, ECF No. 96, granting the Government's Motion to Dismiss Paragraph 12(e) of Count One and Count Five of the Indictment, ECF No. 92. The Revised Indictment redacts Paragraph 12(e) of Count One and Count Five of the Indictment.

Respectfully submitted,

Erek L. Barron
United States Attorney

By: _____/s/_____
Christine Goo
P. Michael Cunningham
Assistant United States Attorneys