# EXHIBIT 3



1

USA-RK-002154

✱✱✱✱✱✱



USA-RK-002155

✶✶✶✶✶✶



**3**



DEPARTMENT OF THE TREASURY
BUREAU OF ALCOHOL, TOBACCO AND FIREARMS

**APPLICATION FOR LICENSE**
UNDER 18 U.S.C. CHAPTER 44, FIREARMS

FOR ATF USE ONLY

52-11521

1. NAME OF OWNER OR CORPORATION (If partnership, include name of each partner)

Charles A Jenkins

2. TRADE OR BUSINESS NAME, IF ANY

3. EMPLOYER IDENTIFICATION NUMBER OR SOCIAL SECURITY NUMBER
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

4. NAME OF COUNTY IN WHICH BUSINESS IS LOCATED
Frederick County    011

5. BUSINESS ADDRESS (R.D. or street No., city, State, ZIP Code)
7197 Prospect Dr.
Thurmont, MD 21788

6. BUSINESS LOCATION (If no street address in item 5, show directions and distance from nearest P.O. or city limits)

7. TELEPHONE NUMBER (Include Area Code)
BUSINESS   (301) 898-5722
RESIDENCE

8. APPLICANT'S BUSINESS IS
[X] INDIVIDUALLY OWNED   [ ] A CORPORATION
[ ] A PARTNERSHIP        [ ] OTHER (Specify)

9. IS ANY BUSINESS OTHER THAN THAT FOR WHICH THE LICENSE APPLICATION IS BEING MADE CONDUCTED ON THE BUSINESS PREMISES? (If "YES", give the general nature of that business)
[ ] YES   [X] NO

10. APPLICATION IS MADE FOR A LICENSE UNDER 18 U.S.C. CHAPTER 44 AS A (Place an "X" in column (b) of the appropriate line. Submit the fee shown in column (c) with the application.)

| TYPE* | DESCRIPTION OF LICENSE TYPE | X (b) | FEE (c) |
|---|---|---|---|
| 01 | DEALER IN FIREARMS OTHER THAN DESTRUCTIVE DEVICES OR AMMUNITION FOR OTHER THAN DESTRUCTIVE DEVICES (INCLUDES: Rifles, Shotguns, Pistols, Revolvers, Ammunition only. Does not include National Firearms Act (NFA) Weapons) | X | $30 |
| 02 | PAWNBROKER DEALING IN FIREARMS OTHER THAN DESTRUCTIVE DEVICES OR AMMUNITION FOR FIREARMS OTHER THAN DESTRUCTIVE DEVICES | | $50 |
| 03 | COLLECTOR OF CURIOS AND RELICS (Note: Omit items 11 and 12 if checked here and no other licenses are applied for.) | | $10 |
| 06 | MANUFACTURER OF AMMUNITION FOR FIREARMS OTHER THAN DESTRUCTIVE DEVICES | | $10 |
| 07 | MANUFACTURER OF FIREARMS OTHER THAN DESTRUCTIVE DEVICES | | $50 |
| 08 | IMPORTER OF FIREARMS OTHER THAN DESTRUCTIVE DEVICES OR AMMUNITION FOR FIREARMS OTHER THAN DESTRUCTIVE DEVICES | | $50 |
| 09 | DEALER IN DESTRUCTIVE DEVICES OR AMMUNITION FOR DESTRUCTIVE DEVICES | | $1000 |
| 10 | MANUFACTURER OF DESTRUCTIVE DEVICES OR AMMUNITION FOR DESTRUCTIVE DEVICES | | $1000 |
| 11 | IMPORTER OF DESTRUCTIVE DEVICES OR AMMUNITION FOR DESTRUCTIVE DEVICES | | $1000 |

MAKE CHECK OR MONEY ORDER PAYABLE TO THE BUREAU OF ALCOHOL, TOBACCO AND FIREARMS   **TOTAL FEES $**

*NOTE: Applicants intending to engage in business relating to NFA weapons (including destructive devices and ammunition for destructive devices) are required to pay a special (occupational) tax before commencing business. Contact the NFA Branch, Bureau of Alcohol, Tobacco and Firearms, Washington, DC 20226.

11. HOURS OF OPERATION OF APPLICANT'S BUSINESS

| Time | Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|---|
| Open | | | | | | | |
| Close | | | | 9-5 | | | |

12. ARE THE APPLICANT'S BUSINESS PREMISES OPEN TO THE GENERAL PUBLIC DURING THESE HOURS?
[ ] YES   [X] NO (If "No," give explanation on separate sheet.)

13. IS APPLICANT PRESENTLY ENGAGED IN A BUSINESS REQUIRING A FEDERAL FIREARMS LICENSE? (If "Yes," answer 14.)
[ ] YES   [X] NO

14. PRESENT LICENSE NUMBER

15. DESCRIBE SPECIFIC ACTIVITY APPLICANT IS ENGAGED IN, OR INTENDS TO ENGAGE IN, WHICH WILL REQUIRE A FEDERAL FIREARMS LICENSE (e.g., dealer in rifles, shotguns, revolvers and ammunition, dealer in ammunition only, gunsmith, dealer in machine guns, etc.)

Would like to pursue part-time business as a start in the sale of sporting firearms (rifles, pistols, shotguns and ammunition. If business grows would give serious consideration to full time business in future.
Thank you.

IF BUSINESS OBTAINED FROM SOMEONE ELSE GIVE

16. NAME

17. LICENSE NUMBER

ATF F 7 (5210.12) (3-80) PREVIOUS EDITIONS ARE OBSOLETE.

4

USA-RK-001909

USA-RK-00190



| FULL NAME | POSITION AND SOCIAL SECURITY NO. | HOME ADDRESS (Include ZIP Code) | PLACE OF BIRTH | DATE OF BIRTH |
|---|---|---|---|---|
| Charles Austin Jenkins | 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 | 7197 Prospect Dr Thurmont, MD 21788 | Washington D.C. U.S.A. | 5/21/56 |

Form Approved OMB No. 1512-0129 (2/29/88)

**DEPARTMENT OF THE TREASURY — BUREAU OF ALCOHOL, TOBACCO, AND FIREARMS**
**FIREARMS TRANSACTION RECORD**
**PART I — INTRA-STATE OVER-THE-COUNTER**

TRANSFEROR'S TRANSACTION SERIAL NUMBER: **88-002**

NOTE: Prepare in original only. All entries on this form must be in ink. See Notices and Instructions on back.

**SECTION A — MUST BE COMPLETED PERSONALLY BY TRANSFEREE (BUYER)** (See Notices and Instructions on reverse)

| 1. TRANSFEREE'S (Buyer's) NAME (Last, First, Middle) | SEX | 2. HEIGHT | 3. WEIGHT | 4. RACE |
|---|---|---|---|---|
| Forney  Robert  Franklin | ✓ MALE / FEMALE | 5'8" | 150 | White |

| 5. RESIDENCE ADDRESS (No., Street, City, State, ZIP Code) | 6. DATE OF BIRTH | | | 7. PLACE OF BIRTH (City and State or City and Foreign Country) |
|---|---|---|---|---|
| 531 Mary st. Frederick Md. 21701 | MONTH 11 | DAY 10 | YEAR 55 | Fred. Md. |

8. CERTIFICATION OF TRANSFEREE (Buyer) — An unlawful answer may subject you to criminal prosecution. Each question must be answered with a "yes" or a "no" inserted in the box at the right of the question.

| a. Are you under indictment or information* in any court for a crime punishable by imprisonment for a term exceeding one year? *A formal accusation of a crime made by a prosecuting attorney, as distinguished from an indictment presented by a grand jury. | No | c. Are you a fugitive from justice? | No |
|---|---|---|---|
| | | d. Are you an unlawful user of, or addicted to, marijuana, or a depressant, stimulant, or narcotic drug? | No |
| b. Have you been convicted in any court of a crime punishable by imprisonment for a term exceeding one year? (NOTE: A "yes" answer is necessary if the judge could have given a sentence of more than one year. Also, a "yes" answer is required if a conviction has been discharged, set aside, or dismissed pursuant to an expungement or rehabilitation statute. However, a "crime punishable by imprisonment exceeding one year" does not include a conviction which has been set aside under the Federal Youth Corrections Act, as evidenced by a copy of the certificate issued under 18 USC 5021.) | No | e. Have you ever been adjudicated mentally defective or have you ever been committed to a mental institution? | No |
| | | f. Have you been discharged from the Armed Forces under dishonorable conditions? | No |
| | | g. Are you an alien illegally in the United States? | No |
| | | h. Are you a person who, having been a citizen of the United States, has renounced his citizenship? | No |

I hereby certify that the answers to the above are true and correct. I understand that a person who answers "Yes" to any of the above questions is prohibited from purchasing and/or possessing a firearm, except as otherwise provided by Federal law. I also understand that the making of any false oral or written statement or the exhibiting of any false or misrepresented identification with respect to this transaction is a crime punishable as a felony.

TRANSFEREE'S (Buyer's) SIGNATURE: Robert F Forney    DATE: 8/16/88

**SECTION B — TO BE COMPLETED BY TRANSFEROR (SELLER)** (See Notices and Instructions on reverse)

THIS PERSON DESCRIBED IN SECTION A: ✓ KNOWN TO ME / HAS IDENTIFIED HIMSELF TO ME IN THE FOLLOWING MANNER:

| 9. TYPE OF IDENTIFICATION (Driver's license or identification which shows name, date of birth, place of residence, and signature.) | 10. NUMBER ON IDENTIFICATION |
|---|---|
| MD. Drivers Lic. | F-650-945-261-865 |

On the basis of (1) the statements in Section A, (2) the verification of identity noted in Section B, and (3) the information in the current list of Published Ordinances, it is my belief that it is not unlawful for me to sell, deliver, transport, or otherwise dispose of the firearm(s) described below and on the back to the person identified in Section A.

| 11. TYPE (Pistol, Revolver, Rifle, Shotgun, etc.) | 12. MODEL | 13. CALIBER OR GAUGE | 14. SERIAL NO. | 15. MANUFACTURER (and importer, if any) |
|---|---|---|---|---|
| 1. Rifle | Hunter | 300 Win Mag | 608101 | Soko, Stoeger Ind. |
| 2. | | | | |

| 16. TRADE/CORPORATE NAME AND ADDRESS OF TRANSFEROR (Seller) (Hand stamp may be used.) | 17. FEDERAL FIREARMS LICENSE NO. (Hand stamp may be used.) |
|---|---|
| Charles A. Jenkins  7197 Prospect Dr.  Thurmont, MD. 21788 | 8-52-011-01-6H-11521 |

THE PERSON MAKING THE ACTUAL FIREARMS SALE MUST COMPLETE ITEMS 18 THROUGH 20

| 18. TRANSFEROR'S (Seller's) SIGNATURE | 19. TRANSFEROR'S TITLE | 20. TRANSACTION DATE |
|---|---|---|
| Charles A. Jenkins | Owner | 8/16/88 |

ATF F 4473 (5300.9) PART I (2-88)

6

USA-RK-002160

CONTINUATION OF ITEMS 11 THROUGH 15 FOR MULTIPLE PURCHASES OF FIREARMS (See item 9 below)

| 11. TYPE (Pistol, Revolver, Rifle, Shotgun, etc.) | 12. MODEL | 13. CALIBER OR GAUGE | 14. SERIAL NO. | 15. MANUFACTURER (and importer, if any) |
|---|---|---|---|---|
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |
| 6. | | | | |

Complete ATF F 3310.4 for multiple purchase of firearms (See item 10 below)

## NOTICES AND INSTRUCTIONS

### PAPERWORK REDUCTION ACT NOTICE

The information required on this form is in accordance with the Paperwork Reduction Act of 1980. The purpose of the information is to determine the eligibility of the buyer (transferee) to receive firearms under Federal law. This information is subject to inspection by ATF officers. The information on this form is required by 18 U.S.C. 922 and 923.

### IMPORTANT NOTICES TO TRANSFEROR (SELLER) AND TRANSFEREE (BUYER)

1. Under 18 U.S.C. 921-928 and 18 U.S.C. Appendix 1201-1203, firearms may not be sold to or received by certain persons. The information and certification on this form are designed so that a person licensed under 18 U.S.C. 921-928 may determine if he may lawfully sell or deliver a firearm to the person identified in Section A, and to alert the transferee (buyer) of certain restrictions on the receipt and possession of firearms. This form should not be used for sales or transfers where neither person is licensed under 18 U.S.C. 921-928.

2. WARNING—The sale or delivery of a firearm by a licensee to an eligible purchaser who is acting as an agent, intermediary or 'straw purchaser' for someone whom the licensee knows or has reasonable cause to believe is ineligible to purchase a firearm directly, may result in a violation of the Federal firearm laws.

3. The transferee (buyer) of a firearm should be familiar with the provisions of law. Generally, 18 U.S.C. 921-928 prohibits the shipment, transportation or receipt in interstate commerce of a firearm by one who is under indictment or information for, or who has been convicted of, a crime punishable by imprisonment for a term exceeding one year, by one who is a fugitive from justice, by one who is an unlawful user of, or addicted to marijuana or a depressant, stimulant or narcotic drug, or by one who has been adjudicated mentally defective or who has been committed to a mental institution. In addition, 18 U.S.C. Appendix 1201-1203 generally makes it unlawful for anyone who has been convicted of a crime punishable by imprisonment for a term exceeding one year, who has been discharged from the Armed Forces under dishonorable conditions, who has been adjudicated mentally incompetent, who, having been a citizen of the United States, has renounced his citizenship, or who is an alien illegally in the United States, to possess a firearm.

KNOW YOUR CUSTOMER—Before a licensee may sell or deliver a firearm to a nonlicensee, the licensee must establish the identity, place of residence, and age of the buyer. Satisfactory identification should verify the buyer's name, date of birth, address, and signature. Thus, a driver's license or an identification card issued by a State in place of a license is particularly appropriate. Social Security cards are not acceptable because no address or date of birth is shown on the card. Also, alien registration receipt cards and military identification cards are not acceptable by themselves because the State of residence is not shown on the cards. However, although a particular document may not be sufficient to meet the statutory requirement for identifying the buyer, any combination of documents which together disclose the required information concerning the buyer is acceptable.

### INSTRUCTIONS TO TRANSFEREE (BUYER)

4. The buyer (transferee) of a firearm will, in every instance, personally complete Section A of the form and certify that the answers are true and correct. However, if the buyer is unable to read and/or write, the answers may be written by other persons, excluding the dealer. Two persons (other than the dealer) will then sign as witnesses to the buyer's answers and signature.

5. When the transferee (buyer) of a firearm is a corporation, company, association, partnership or other such business entity, an officer authorized to act on behalf of the business will complete and sign Section A of the form and attach a written statement, executed under penalties of perjury, stating

(a) that the firearm is being acquired for the use of and will be the property of that business entity, and

(b) the name and address of that business entity.

### INSTRUCTIONS TO TRANSFEROR (SELLER)

6. Should the buyer's name be illegible the seller shall print the buyer's name above the name printed by the buyer.

7. The transferor (seller) of a firearm will, in every instance, complete Section B of the form.

8. Additional firearms purchases made by the same buyer may not be added to this form after the seller has signed and dated it.

9. If more than six firearms are involved, the identification required by Section B, Items 11 through 15, must be provided for each firearm. The identification of the firearms transferred in a transaction which covers more than six weapons may be on a separate sheet of paper which must be attached to the form covering the transaction.

10. In addition to completing this record, you must report any multiple sale or other disposition of pistols or revolvers on ATF F 3310.4 in accordance with 27 CFR 178.126a.

11. The transferor (seller) of a firearm is responsible for determining the lawfulness of the transaction and for keeping proper records of the transaction. Consequently, the transferor should be familiar with the provisions of 18 U.S.C. 921-928 and 18 U.S.C. Appendix 1201-1203, and the Federal firearms regulations, Title 27, Code of Federal Regulations, Part 178.

12. After you have completed the firearm transaction, you must make the completed, original copy of the ATF F 4473, Part I part of your permanent firearms records including any supporting documents. Filing may be chronological (by date), alphabetical (by name), or numerical (by transaction serial number), so long as all of your completed Forms 4473, Part I are filed in the same manner.

### DEFINITIONS

1. Intra-State Over-the-Counter Transaction—The sale or other disposition of a firearm by the transferor (seller) to a transferee (buyer) who is a resident of the State in which the transferor's business is located, occurring on the transferor's business premises.

2. Published Ordinances—The publication (ATF P 5300.5) containing State firearms laws and local ordinances which is annually distributed to Federal firearms licensees by the Bureau of Alcohol, Tobacco and Firearms.

ATF F 4473 (5300.9) PART I (12-88)

GPO : 1987 O – 173-709 (553731)

USA-RK-002159

7

Form Approved: OMB No. 1512-0129 (12/26/88)

**DEPARTMENT OF THE TREASURY — BUREAU OF ALCOHOL, TOBACCO, AND FIREARMS**
# FIREARMS TRANSACTION RECORD
## PART I — INTRA-STATE OVER-THE-COUNTER

TRANSFEROR'S TRANSACTION SERIAL NUMBER: **89-005**

NOTE: Prepare in original only. All entries on this form must be in ink. See Notices and Instructions on back.

**SECTION A — MUST BE COMPLETED PERSONALLY BY TRANSFEREE (BUYER)** (See Notices and Instructions on reverse)

| 1. TRANSFEREE'S (Buyer's) NAME (Last, First, Middle) | | 2. HEIGHT | 3. WEIGHT | 4. RACE |
|---|---|---|---|---|
| Forney  Robert  Franklin  ☑ MALE  ☐ FEMALE | | 5'8" | 150 | White |

| 5. RESIDENCE ADDRESS (No., Street, City, State, ZIP Code) | 6. DATE OF BIRTH | | | 7. PLACE OF BIRTH (City and State or City and Foreign Country) |
|---|---|---|---|---|
| 531 Mary st Frederick Md. 21701 | MONTH 11 | DAY 10 | YEAR 55 | Fred. Md. |

**8. CERTIFICATION OF TRANSFEREE (Buyer)** — An untruthful answer may subject you to criminal prosecution. Each question must be answered with a "yes" or a "no" inserted in the box at the right of the question.

a. Are you under indictment or information* in any court for a crime punishable by imprisonment for a term exceeding one year? *A formal accusation of a crime made by a prosecuting attorney, as distinguished from an indictment presented by a grand jury. — **No**

b. Have you been convicted in any court of a crime punishable by imprisonment for a term exceeding one year? (NOTE: A "yes" answer is necessary if the judge could have given a sentence of more than one year. Also, a "yes" answer is required if a conviction has been discharged, set aside, or dismissed pursuant to an expungement or rehabilitation statute. However, a "crime punishable by imprisonment exceeding one year" does not include a conviction which has been set aside under the Federal Youth Corrections Act, as evidenced by a copy of the certificate issued under 18 USC 5021.) — **No**

c. Are you a fugitive from justice? — **No**

d. Are you an unlawful user of, or addicted to, marijuana, or a depressant, stimulant, or narcotic drug? — **No**

e. Have you ever been adjudicated mentally defective or have you ever been committed to a mental institution? — **No**

f. Have you been discharged from the Armed Forces under dishonorable conditions? — **No**

g. Are you an alien illegally in the United States? — **No**

h. Are you a person who, having been a citizen of the United States, has renounced his citizenship? — **No**

I hereby certify that the answers to the above are true and correct. I understand that a person who answers "Yes" to any of the above questions is prohibited from purchasing and/or possessing a firearm, except as otherwise provided by Federal law. I also understand that the making of any false oral or written statement or the exhibiting of any false or misrepresented identification with respect to this transaction is a crime punishable as a felony.

| TRANSFEREE'S (Buyer's) SIGNATURE | DATE |
|---|---|
| Robert forney | 6/23/89 |

**SECTION B — TO BE COMPLETED BY TRANSFEROR (SELLER)** (See Notices and Instructions on reverse)

THIS PERSON DESCRIBED IN SECTION A:  ☑ IS KNOWN TO ME  ☐ HAS IDENTIFIED HIMSELF TO ME IN THE FOLLOWING MANNER

| 9. TYPE OF IDENTIFICATION (Driver's license or identification which shows name, date of birth, place of residence, and signature) | 10. NUMBER ON IDENTIFICATION |
|---|---|
| MD. Driver's License | F-650-745-261-863 |

On the basis of (1) the statements in Section A; (2) the verification of identity noted in Section B; and (3) the information in the current list of Published Ordinances, it is my belief that it is not unlawful for me to sell, deliver, transport, or otherwise dispose of the firearm(s) described below and on the back to the person identified in Section A.

| 11. TYPE (Pistol, Revolver, Rifle, Shotgun, etc.) | 12. MODEL | 13. CALIBER OR GAUGE | 14. SERIAL NO. | 15. MANUFACTURER (and importer, if any) |
|---|---|---|---|---|
| 1. Pump Shotgun | SAS-12 | 12 Ga. | P20106 | Franchi (F.I.E) |
| 2. | | | | |

| 16. TRADE/CORPORATE NAME AND ADDRESS OF TRANSFEROR (Seller) (Hand stamp may be used) | 17. FEDERAL FIREARMS LICENSE NO. (Hand stamp may be used) |
|---|---|
| Charles A. Jenkins  7197 Prospect Dr., Thurmont, MD 21788 | 8-52-011-01-6H-11521 |

THE PERSON MAKING THE ACTUAL FIREARMS SALE MUST COMPLETE ITEMS 18 THROUGH 20

| 18. TRANSFEROR'S (Seller's) SIGNATURE | 19. TRANSFEROR'S TITLE | 20. TRANSACTION DATE |
|---|---|---|
| Charles A. Jenkins | Owner | 6/23/89 |

ATF F 4473 (5300.9) PART I (2-88)

8

USA-RK-002158

| CONTINUATION OF ITEMS 11 THROUGH 15 FOR MULTIPLE PURCHASES OF FIREARMS (See Item 9 below) | | | | |
|---|---|---|---|---|
| 11.<br>TYPE (Pistol, Revolver, Rifle, Shotgun, etc.) | 12.<br>MODEL | 13.<br>CALIBER OR GAUGE | 14.<br>SERIAL NO. | 15.<br>MANUFACTURER (and importer, if any) |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |
| 6. | | | | |

Complete ATF F 3310.4 for multiple purchases of firearms (See Item 10 below)

## NOTICES AND INSTRUCTIONS

### PAPERWORK REDUCTION ACT NOTICE

The information required on this form is in accordance with the Paperwork Reduction Act of 1980. The purpose of the information is to determine the eligibility of the buyer (transferee) to receive firearms under Federal law. The information is subject to inspection by ATF officers. The information on this form is required by 18 U.S.C. 922 and 923.

### IMPORTANT NOTICES TO TRANSFEROR (SELLER) AND TRANSFEREE (BUYER)

1. Under 18 U.S.C. 921-928 and 18 U.S.C. Appendix 1201-1203, firearms may not be sold to or received by certain persons. The information and certification on this form are designed so that a person licensed under 18 U.S.C. 921-928 may determine if he may lawfully sell or deliver a firearm to the person identified in Section A, and to alert the transferee (buyer) of certain restrictions on the receipt and possession of firearms. This form should not be used for sales or transfers where neither person is licensed under 18 U.S.C. 921-928.

2. WARNING—The sale or delivery of a firearm by a licensee to an eligible purchaser who is acting as an agent, intermediary or "straw purchaser" for someone whom the licensee knows or has reasonable cause to believe is ineligible to purchase a firearm directly, may result in a violation of the Federal firearm laws.

3. The transferee (buyer) of a firearm should be familiar with the provisions of law. Generally, 18 U.S.C. 921-928 prohibits the shipment, transportation or receipt in interstate commerce of a firearm by one who is under indictment or information for, or who has been convicted of, a crime punishable by imprisonment for a term exceeding one year, by one who is a fugitive from justice, by one who is an unlawful user of, or addicted to marijuana or a depressant, stimulant or narcotic drug, or by one who has been adjudicated mentally defective or who has been committed to a mental institution. In addition, 18 U.S.C. Appendix 1201-1203 generally makes it unlawful for anyone who has been convicted of a crime punishable by imprisonment for a term exceeding one year, who has been discharged from the Armed Forces under dishonorable conditions, who has been adjudicated mentally incompetent, who, having been a citizen of the United States, has renounced his citizenship, or who is an alien illegally in the United States, to possess a firearm.

KNOW YOUR CUSTOMER—Before a licensee may sell or deliver a firearm to a nonlicensee, the licensee must establish the identity, place of residence and age of the buyer. Satisfactory identification should verify the buyer's name, date of birth, address, and signature. Thus, a driver's license or an identification card issued by a State in place of a license is particularly appropriate. Social Security cards are not acceptable because no address or date of birth is shown on the card. Also, alien registration receipt cards and military identification cards are not acceptable by themselves because the State of residence is not shown on the cards. However, although a particular document may not be sufficient to meet the statutory requirement for identifying the buyer, any combination of documents which together disclose the required information concerning the buyer is acceptable.

### INSTRUCTIONS TO TRANSFEREE (BUYER)

4. The buyer (transferee) of a firearm will, in every instance, personally complete Section A of the form and verify (sign) that the answers are true and correct. However, if the buyer is unable to read and/or write, the answers may be written by other persons, excluding the dealer. Two persons (other than the dealer) will then sign as witnesses to the buyer's answers and signature.

5. When the transferee (buyer) of a firearm is a corporation, company, association, partnership or other such business entity, an officer authorized to act on behalf of the business will complete and sign Section A of the form and attach a written statement, executed under penalties of perjury, stating

   (a) that the firearm is being acquired for the use of and will be the property of that business entity, and

   (b) the name and address of that business entity.

### INSTRUCTIONS TO TRANSFEROR (SELLER)

6. Should the buyer's name be illegible the seller shall print the buyer's name above the name printed by the buyer.

7. The transferor (seller) of a firearm will, in every instance, complete Section B of the form.

8. Additional firearms purchases made by the same buyer may not be added on this form after the seller has signed and dated it.

9. If more than six firearms are involved, the identification required by Section B, Items 11 through 15, must be provided for each firearm. The identification of the firearms transferred in a transaction which covers more than six weapons may be on a separate sheet of paper which must be attached to the form covering the transaction.

10. In addition to completing this record, you must report any multiple sale or other disposition of pistols or revolvers on ATF F 3310.4 in accordance with 27 CFR 178.126a.

11. The transferor (seller) of a firearm is responsible for determining the lawfulness of the transaction and for keeping proper records of the transaction. Consequently, the transferor should be familiar with the provisions of 18 U.S.C. 921-928 and 18 U.S.C. Appendix 1201-1203, and the Federal firearms regulations, Title 27, Code of Federal Regulations, Part 178.

12. After you have completed the firearm transaction, you must make the completed, original copy of the ATF F 4473, Part I part of your permanent firearms records including any supporting documents. Filing may be chronological (by date), alphabetical (by name), or numerical (by transaction serial number) so long as all of your completed Forms 4473, Part I are filed in the same manner.

### DEFINITIONS

1. Intra-State Over-the-Counter Transaction—The sale or other disposition of a firearm by the transferor (seller) to a transferee (buyer) who is a resident of the State in which the transferor's business is located, occurring on the transferor's business premises.

2. Published Ordinances—The publication (ATF P 5300.5) containing State firearms laws and local ordinances which is annually distributed to Federal firearms licensees by the Bureau of Alcohol, Tobacco and Firearms.

ATF F 4473 (5300.9) PART I (12-88)

GPO : 1987 O – 173-709 (93311)

9

Form Approved OMB No. 1512-0129 (2/28/88)

**DEPARTMENT OF THE TREASURY — BUREAU OF ALCOHOL, TOBACCO AND FIREARMS**
## FIREARMS TRANSACTION RECORD
### PART I — INTRA-STATE OVER-THE-COUNTER

TRANSFEROR'S TRANSACTION SERIAL NUMBER
# 91-002

NOTE: Prepare in original only. All entries on this form must be in ink. See Notices and Instructions on back.

**SECTION A — MUST BE COMPLETED PERSONALLY BY TRANSFEREE** (BUYER) (See Notices and Instructions on reverse)

| 1. TRANSFEREE'S (Buyer's) NAME (Last, First, Middle) | | 2. HEIGHT | 3. WEIGHT | 4. RACE |
|---|---|---|---|---|
| Forney  Robert Franklin | ✓ MALE  ☐ FEMALE | 5'8 | 150 | White |

| 5. RESIDENCE ADDRESS (No., Street, City, State, ZIP Code) | 6. DATE OF BIRTH | | | 7. PLACE OF BIRTH (City and State or City and Foreign Country) |
|---|---|---|---|---|
| 531 Mary st. Frederick, Md. 21701 | MONTH 11 | DAY 10 | YEAR 55 | Fred. Md. |

8. CERTIFICATION OF TRANSFEREE (Buyer) — An untruthful answer may subject you to criminal prosecution. Each question must be answered with a "yes" or a "no" inserted in the box at the right of the question.

| | |
|---|---|
| a. Are you under indictment or information* in any court for a crime punishable by imprisonment for a term exceeding one year? (A formal accusation of a crime made by a prosecuting attorney, as distinguished from an indictment presented by a grand jury.) **No** | c. Are you a fugitive from justice? **No** |
| | d. Are you an unlawful user of, or addicted to, marijuana, or a depressant, stimulant, or narcotic drug? **No** |
| b. Have you been convicted in any court of a crime punishable by imprisonment for a term exceeding one year? (NOTE: A "yes" answer is necessary if the judge could have given a sentence of more than one year. Also, a "yes" answer is required if a conviction has been discharged, set aside, or dismissed pursuant to an expungement or rehabilitation statute. However, a "crime punishable by imprisonment exceeding one year" does not include a conviction which has been set aside under the Federal Youth Corrections Act, as evidenced by a copy of the certificate issued under 18 USC 5021.) **No** | e. Have you ever been adjudicated mentally defective or have you ever been committed to a mental institution? **No** |
| | f. Have you been discharged from the Armed Forces under dishonorable conditions? **No** |
| | g. Are you an alien illegally in the United States? **No** |
| | h. Are you a person who, having been a citizen of the United States, has renounced his citizenship? **No** |

I hereby certify that the answers to the above are true and correct. I understand that a person who answers "Yes" to any of the above questions is prohibited from purchasing and/or possessing a firearm, except as otherwise provided by Federal law. I also understand that the making of any false oral or written statement or the exhibiting of any false or misrepresented identification with respect to this transaction is a crime punishable as a felony.

| TRANSFEREE'S (Buyer's) SIGNATURE | DATE |
|---|---|
| Robert Forney | 3/17/91 |

**SECTION B — TO BE COMPLETED BY TRANSFEROR (SELLER)** (See Notices and Instructions on reverse)

THIS PERSON DESCRIBED IN SECTION A:  ☐ IS KNOWN TO ME  ✓ HAS IDENTIFIED HIMSELF TO ME IN THE FOLLOWING MANNER

| 9. TYPE OF IDENTIFICATION (Driver's license or identification which shows name, date of birth, place of residence, and signature) | 10. NUMBER ON IDENTIFICATION |
|---|---|
| MD Drivers License | F-650-945-261-863 |

On the basis of (1) the statements in Section A, (2) the verification of identity noted in Section B, and (3) the information in the current list of Published Ordinances, it is my belief that it is not unlawful for me to sell, deliver, transport, or otherwise dispose of the firearm(s) described below and on the back to the person identified in Section A.

| 11. TYPE (Pistol, Revolver, Rifle, Shotgun, etc.) | 12. MODEL | 13. CALIBER OR GAUGE | 14. SERIAL NO. | 15. MANUFACTURER (and importer, if any) |
|---|---|---|---|---|
| 1. Rifle (Sporter) | H-BAR R6601 | 223 Rem | MN019652 | Colt |
| 2. | | | | |

| 16. TRADE/CORPORATE NAME AND ADDRESS OF TRANSFEROR (Seller) (Hand stamp may be used) | 17. FEDERAL FIREARMS LICENSE NO. (Hand stamp may be used) |
|---|---|
| Charles A. Jenkins 7177 Prospect Drive  Thurmont, MD 21788 | 8-52-011-01-6H-11521 |

THE PERSON MAKING THE ACTUAL FIREARMS SALE MUST COMPLETE ITEMS 18 THROUGH 20

| 18. TRANSFEROR'S (Seller's) SIGNATURE | 19. TRANSFEROR'S TITLE | 20. TRANSACTION DATE |
|---|---|---|
| Charles A. Jenkins | Owner | 2/17/91 |

ATF F 4473 (5300.9) PART I (2-85)

**10**

USA-RK-002156



USA-RK-002157



USA-RK-001895



13

USA-RK-001896



USA-RK-001897



USA-RK-001907



FEDERAL LICENSING          OOB      ACTIVE                    DATE 10/18/96
USERID L232JT                     LICENSE DATA                TIME 07:02:35
---------------------------------------------------------------------------
LICENSE NO 8 52 011 01 6H 11521                                      SAF

EIN    -

LICENSEE NAME                  PREMISES ADDRESS
  JENKINS, CHARLES A            7197 PROSPECT DRIVE

                               THORMONT              MD 21788 0000
                               MAILING ADDRESS
TRADENAME                       7197 PROSPECT DRIVE

                               THORMONT              MD 21788 0000
                               INSPDTE          RARECDTE  8/02/96
PHONE 301 898 5722             RDATE  7/07/93   -> CNTL: LI 96
ADATE  7/08/87    CDATE                          USER:        DATE:
------------ OUT OF BUSINESS LICENSE DATA ------- USER:
DIS CODE 1 DIS DATE 10/18/96 RDS                  SUC NAME
LTD DATE          OBR FILE F81666 DATE ACQ        REMARKS

---------------------------------------------------------------------------
PF1=HELP  PF2=CANCEL  ENTER=VALIDATE  PF4= UPDATE  PF5=RESP PERSONS  PF6=MICRO
DATA IS VALID, PRESS PF4 TO UPDATE                  DA4 DOS    O
Online to  ATFHOST (02) 04B8

16

USA-RK-002153

USA-RK-001898



FPV

**DEPARTMENT OF THE TREASURY**
**BUREAU OF ALCOHOL, TOBACCO AND FIREARMS**
**APPLICATION FOR LICENSE**
UNDER 18 U.S.C. CHAPTER 44, FIREARMS

Form Approved

**FOR ATF USE ONLY**

7 - 110 21

1. NAME OF OWNER OR CORPORATION *(If partnership, include name of each partner)*
Charles Austin Jenkins

2. TRADE OR BUSINESS NAME, IF ANY

3. EMPLOYER IDENTIFICATION NUMBER
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

4. NAME OF COUNTY IN WHICH BUSINESS IS LOCATED
Frederick County, MD

5. BUSINESS ADDRESS *(R.F.D. or street no., city, State, Zip Code)*
F.O.P. Lodge 102
571   Industry Lane
Frederick, MD 21704

6. MAILING ADDRESS *(if different from address in item #5)*
7 47 Prospect Dr
Thurmont, MD 217xx

7. TELEPHONE NUMBER *(Include area code)*
BUSINESS  301
RESIDENCE 301   898 - 3782

8. APPLICANT'S BUSINESS IS

[X] INDIVIDUALLY OWNED    A CORPORATION    A PARTNERSHIP    OTHER *(Specify)*

9. DESCRIBE SPECIFIC ACTIVITY APPLICANT IS ENGAGED IN, OR INTENDS TO ENGAGE IN, WHICH WILL REQUIRE A FEDERAL FIREARMS LICENSE *(Sales of ammunition alone do not require a license)*  Sale of - firearms, ammo &
accessories - law enforcement personnel
and subject customers

9a. DO YOU INTEND TO ENGAGE IN PAWNBROKING?
YES  [X] NO

10. APPLICATION IS MADE FOR A LICENSE UNDER 18 U.S.C. CHAPTER 44 AS A. *(Place an "X" in column (b) or (c) on the appropriate line. Submit the fee shown with the application. Original and renewal license are issued for a 3 year period.)*

| TYPE | DESCRIPTION OF LICENSE TYPE (a) | | ORIGINAL FEE (b) | RENEWAL FEE (c) |
|---|---|---|---|---|
| 01/02 | DEALER (01), INCLUDING PAWNBROKER (02) IN FIREARMS OTHER THAN DESTRUCTIVE DEVICES *(INCLUDES : Rifles, Shotguns, Pistols, Revolvers, Gunsmith activities and National Firearms Act (NFA) Weapons)* | | $200 | $90 [X] |
| 06 | MANUFACTURER OF AMMUNITION FOR FIREARMS OTHER THAN AMMUNITION FOR DESTRUCTIVE DEVICES OR ARMOR PIERCING AMMUNITION | | $30 | $30 |
| 07 | MANUFACTURER OF FIREARMS OTHER THAN DESTRUCTIVE DEVICES | | $150 | $150 |
| 08 | IMPORTER OF FIREARMS OTHER THAN DESTRUCTIVE DEVICES OR AMMUNITION FOR FIREARMS OTHER THAN DESTRUCTIVE DEVICES, OR AMMUNITION OTHER THAN ARMOR PIERCING AMMUNITION *(NOTE: Importer of handguns and rifles, see item 7 of instruction sheet)* | | $150 | $150 |
| 09 | DEALER IN DESTRUCTIVE DEVICES | | $3000 | $3000 |
| 10 | MANUFACTURER OF DESTRUCTIVE DEVICES, AMMUNITION FOR DESTRUCTIVE DEVICES OR ARMOR PIERCING AMMUNITION | | $3000 | $3000 |
| 11 | IMPORTER OF DESTRUCTIVE DEVICES, AMMUNITION FOR DESTRUCTIVE DEVICES OR ARMOR PIERCING AMMUNITION | | $3000 | $3000 |
| | | TOTAL FEES $ | 90.00 | |

| IF BUSINESS OBTAINED FROM SOMEONE ELSE, GIVE | |
|---|---|
| 11. NAME | 12. FEDERAL FIREARMS LICENSE NUMBER |

13. HOURS OF OPERATION OF APPLICANT'S BUSINESS

| TIME | SUN | MON | TUES | WED | THU | FRI | SAT |
|---|---|---|---|---|---|---|---|
| OPEN | | | 3 co P.m | | 3 co P.m | | 8 co A.m |
| CLOSE | | | 7 co P.m | | 7 co P.m | | 4 co P.m |

14. IS APPLICANT PRESENTLY ENGAGED IN A BUSINESS REQUIRING A FEDERAL FIREARMS LICENSE? *(If "Yes", answer 14a.)*
[X] YES   NO

14a. PRESENT LICENSE NUMBER
8-52-011-01-04-11521

15. APPLICANT'S PREMISES ARE
OWNED  [X] LEASED/RENTED

IF RENTED OR LEASED, PLEASE PROVIDE THE NAME, ADDRESS AND TELEPHONE NUMBER OF THE OWNER OF THE PROPERTY
NAME AND ADDRESS
F.O.P. Lodge 102
571  Industry Lane
Frederick, MD 21704
TELEPHONE NUMBER
(301) 695-7897

16. INDICATE TYPE OF BUSINESS PREMISES

| ZONED COMMERCIAL | ZONED RESIDENTIAL |
|---|---|
| STORE FRONT | SINGLE FAMILY DWELLING |
| [X] OFFICE | CONDOMINIUM/APARTMENT |
| ROD & GUN CLUB | HOTEL/MOTEL |
| MILITARY BASE | PUBLIC HOUSING |
| OTHER *(Specify)* | |

17. DO YOU INTEND TO MAKE A PROFIT FROM YOUR BUSINESS?
[X] YES   NO

17a. DO YOU INTEND TO SELL FIREARMS ONLY AT GUN SHOWS?
YES  [X] NO

IF THE PREMISES ARE LOCATED ON A MILITARY INSTALLATION, ATTACH A COPY OR A WRITTEN AUTHORIZATION FROM THE BASE COMMANDER TO CONDUCT A FIREARMS BUSINESS ON THE MILITARY INSTALLATION

18. DO YOU INTEND TO USE YOUR LICENSE ONLY TO ACQUIRE PERSONAL FIREARMS?
YES  [X] NO

19. IF YOU HAVE SERVED IN THE ARMED FORCES, FILL IN THE SERVICE NUMBER AND MILITARY BRANCH.
N/A

MILITARY BRANCH

SERVICE SERIAL NUMBER

ATF F 7 (5310.12) (7-86)

COPY 1 - ATF COPY

18

USA-RK-001899

USA-RK-001900

20. LIST BELOW THE INFORMATION REQUIRED FOR EACH INDIVIDUAL OWNER, PARTNER, AND OTHER RESPONSIBLE PERSONS IN THE BUSINESS. IF A FEMALE, LIST GIVEN, MARRIED, AND MAIDEN NAMES, e.g. "MARY ALICE (SMITH) JONES," NOT "MRS. JOHN JONES." (If additional space is needed, use a separate sheet.)

IN ADDITION TO A SOLE PROPRIETOR, A RESPONSIBLE PERSON IS:

a. In the case of a corporation, partnership, or association, any individual possessing, directly or indirectly, the power to direct or cause the direction of the management, policies, and practices of the corporation, partnership, or association, insofar as they pertain to firearms; and

b. In the case of a corporation, association, or similar organization, any person owning ten percent or more of the outstanding shares of stock issued by the applicant and the officers and directors thereof.

| FULL NAME | POSITION AND SOCIAL SECURITY NO. | HOME ADDRESS (include ZIP Code) "Sole proprietors and responsible persons are required to provide all dates needed in for the last 5 years. Use a separate sheet if necessary. | PLACE OF BIRTH | DATE OF BIRTH | RACE | SEX |
|---|---|---|---|---|---|---|
| Charles A. Jenkins | Owner 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 | 7197 Prospect Drive Thurmont, MD 21788 | Washington D.C. | 5/27/2 | W | M |

| | | YES | NO |
|---|---|---|---|
| 21. HAS APPLICANT OR ANY PERSON REFERRED TO IN ITEM 20 ABOVE: | A. HELD A FEDERAL FIREARMS LICENSE? | X | |
| | B. BEEN DENIED A FEDERAL FIREARMS LICENSE? | | X |
| | C. BEEN AN OFFICER IN A CORPORATION HOLDING A FEDERAL FIREARMS LICENSE? | | X |
| | D. BEEN AN EMPLOYEE OF A FEDERAL FIREARMS LICENSEE? | | X |
| | E. HAD AN FEDERAL FIREARMS LICENSE REVOKED? | | X |
| 22. IS APPLICANT OR ANY PERSON NAMED IN ITEM 20 ABOVE: | A. CHARGED BY INFORMATION OR UNDER INDICTMENT IN ANY COURT FOR A CRIME PUNISHABLE BY IMPRISONMENT FOR A TERM EXCEEDING ONE YEAR? | | X |
| | B. A FUGITIVE FROM JUSTICE? | | X |
| | C. AN ALIEN WHO IS ILLEGALLY OR UNLAWFULLY IN THE UNITED STATES? | | X |
| | D. UNDER 21 YEARS OF AGE? | | X |
| | E. AN UNLAWFUL USER OF OR ADDICTED TO MARIJUANA OR ANY DEPRESSANT, STIMULANT OR NARCOTIC DRUG, OR ANY CONTROLLED SUBSTANCE? | | X |
| | F. SUBJECT TO A COURT ORDER RESTRAINING HIM FROM HARASSING, STALKING OR THREATENING AN INTIMATE PARTNER OR CHILD OF SUCH PARTNER? | | X |
| 23. HAS APPLICANT OR ANY PERSON NAMED IN ITEM 20 EVER: | A. BEEN CONVICTED IN ANY COURT OF A CRIME PUNISHABLE BY IMPRISONMENT FOR A TERM EXCEEDING ONE YEAR? | | X |
| | B. BEEN DISCHARGED FROM THE ARMED FORCES UNDER DISHONORABLE CONDITIONS? | | X |
| | C. BEEN ADJUDICATED AS A MENTAL DEFECTIVE OR BEEN COMMITTED TO ANY MENTAL INSTITUTION? | | X |
| | D. RENOUNCED UNITED STATES CITIZENSHIP? | | X |

GIVE FULL DETAILS ON SEPARATE SHEET FOR ALL "YES" ANSWERS IN ITEMS 21, 22, AND 23.

Information - A formal accusation of crime made by a prosecuting attorney, as distinguished from an indictment presented by a grand jury

* A YES answer is required if the judge could have given a sentence of more than one year. You may answer NO if (a) you have been pardoned for the crime or (b) the conviction has been expunged or set aside or (c) your civil rights have been restored AND you are not prohibited from possessing or receiving any firearms under the law where the conviction occurred

24. APPLICANT CERTIFICATION (Please read and initial each box)

The business to be conducted under the Federal firearms license is not prohibited by State or local law at the premises shown in item 5. This includes compliance with zoning ordinances.

Within 30 days after the application is approved the business will comply with the requirements of State and local law applicable to the conduct of business.

Business will not be conducted under the license until the requirements of State and local law applicable to the business have been met.

A completed copy of this form has been sent or delivered to the Chief Law Enforcement Officer of the locality in which the premises are located.

NAME (Chief Law Enforcement Officer (CLEO))

Frederick County Sheriff Office - Sheriff James Hagy

ADDRESS (Include no., street, city, county, State and ZIP Code of CLEO)

7309 Corse Road, Frederick, Frederick Co., MD 2704

25. CERTIFICATION: Under the penalties imposed by 18 U.S.C. 924, I declare that I have examined this application and the documents submitted in support thereof, and to the best of my knowledge and belief, they are true, correct and complete. This signature, when presented by a duly authorized representative of the Department of the Treasury, will constitute my consent and authority to examine and obtain copies and abstracts of records and to receive statements and information regarding my background. Specifically, I hereby authorize the release of the following data or records to ATF: Employment information, military information/records, medical information/records, police and criminal records.

| SIGN HERE | TITLE President FOR ATF USE ONLY | DATE 7/24/96 |
|---|---|---|

26. APPLICATION IS ☐ APPROVED ☒ DISAPPROVED

REASONS FOR DISAPPROVED APPLICATION: Withdrawn Refund $90.00

SIGNATURE OF LICENSING OFFICIAL [signature] DATE 10-24-96

INFORMATION FOR THE CHIEF LAW ENFORCEMENT OFFICER

This form provides notification of a person's intent to apply for a Federal firearms license. It requires no action on your part. However should you have information that may disqualify the person from obtaining a Federal firearms license, please contact the Firearms and Explosives Licensing Center at (404) 679 5040. A "Yes" answer to questions #22 and #23 could disqualify a person for a license. Also, ATF may not issue a license if the business would be in violation of State or local law.

ATF F 7 (5310.12) (7-93)

19

NO.016    982

THE BALTIMORE AREA OFFICE • 404 679 5078

DEPARTMENT OF THE TREASURY

**BUREAU OF ALCOHOL,**
**TOBACCO AND FIREARMS**
**BALTIMORE AREA OFFICE**

If anyone has any questions
concerning the following
renewal inspections, please
contact Area Supervisor
Tom Stewart at 410-962-4121.

Thank you,

Tom Stewart

16

| License | License # | Expiration Date | Recommendation |
|---|---|---|---|
| Gst. River Street Club | 8-52-019-01-33645 | 7/95 | Renew |
| | 8-52-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 | Original | Issue |
| | 8-52-017-01-33671 | 7/96 | Surrender Do not renew |
| mhons | 8-52-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 | 4/96 | Surrender Do not renew |
| Jenkins | 8-52-016-06-35951 | 6/96 | Surrender Do not renew |
| R Sr. & Ind Machine Systems | 8-52-010-07-35452 | 6/96 | Renew |
| | | | |

A Inspector Joe Bradley previously faxed you this info.

USA-RK-001902

**DEPARTMENT OF THE TREASURY**
**BUREAU OF ALCOHOL, TOBACCO AND FIREARMS**
**ASSIGNMENT AND REPORT**

1. OPERATING NAME AND ADDRESS
(INCLUDE ZIP CODE AND COUNTY)

2. U.I. MARIN R (ORG. SEG. CODE, ASSIGNMENT NO., S.P.C.)

3. PERMIT LICENSE NUMBER

4. TARGET DATE/HOURS
12 hrs

5. REQUESTED BY (SIGNATURE, TITLE AND DATE)

6. ATF OFFICER IS ASSIGNED

7. ASSIGNED BY (SIGNATURE, TITLE AND DATE)

8. PURPOSE, SPECIAL INSTRUCTIONS

| 9. INSPECTION RESULTS | CHECK IF NO VIOLATIONS, ADJUSTMENTS ETC | 10. TRAVEL EXPENSES (OPTIONAL) |
|---|---|---|
| NO. OF VIOLATIONS | NO. OF REFERRALS | 2111 - PER DIEM |
| NO. OF REG CHECKS | NO. OF TECH HITS | 2112 - P.O.A. |
| NO. OF TAX ADJUSTMENT | $ VALUE OF TAX INCREASES | 2113 - COMM. AIR |
| NO. OF ASSESSMENTS | $ VALUE OF TAX DECREASES | 2114 - RENTAL CAR |
| NO. OF CLAIMS | $ VALUE OF ASSESSMENTS | 2115 - GOV EXPENSES |
| NO. OF TAX PENALTY | $ VALUE OF CLAIMS | 2116 - MISC |
| 11. ATF OFFICER IS RECOMMENDATION | $ VALUE OF TAXES VERIFIED | TOTAL $ FOR INSP |

| 12. TRAVELING | MONTH AND YEAR | HOURS | | | |
|---|---|---|---|---|---|
| 13. DATE SUBMITTED | | 14. HOURS | ATF OFFICER'S SIGNATURE | | |
| 15. HOURS | ATF OFFICER'S SIGNATURE | 16. HOURS | ATF OFFICER'S SIGNATURE | | 17. TOTAL HOURS |

**REVIEW AND ROUTING**

| 18. ACCEPTED WITHOUT REVIEW REVIEWED CONCUR SEE COMMENTS | 19. REVIEW COMMENTS AND RECOMMENDATION | 20. ROUTING SEQUENCE AND DATE |
|---|---|---|
| | Licence surrendered Do not renew | FED |
| | Refund application fee | |

| 21. CONTROL FILE POSTED | 22. SIGNATURE AND TITLE | 23. REVIEW DATE |
|---|---|---|
| DATE 9/30/96 | | 9.3 |

ATF F 8700.14 (10-90) (PREVIOUS EDITIONS OBSOLETE)

21

USA-RK-001903



**DEPARTMENT OF THE TREASURY**
**BUREAU OF ALCOHOL, TOBACCO AND FIREARMS**
**APPLICATION FOR LICENSE**
UNDER 18 U.S.C. CHAPTER 44, FIREARMS

FOR ATF USE ONLY

1. NAME OF OWNER OR CORPORATION (If partnership, include name of each partner)
Charles Austin Jenkins

2. TRADE OR BUSINESS NAME, IF ANY

3. EMPLOYER IDENTIFICATION NUMBER
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

4. NAME OF COUNTY IN WHICH BUSINESS IS LOCATED
Frederick County, MD

5. BUSINESS ADDRESS (RFD or street no. City, State Zip Code)
FOP, Lodge 102
5711 Industry Lane
Frederick, MD 21704

6. MAILING ADDRESS (If different from address in item #5)
747 Prospect Dr.
Thurmont, MD 21788

7. TELEPHONE NUMBER (include area code)
BUSINESS 301 898-3722
RESIDENCE 301

8. APPLICANT'S BUSINESS IS
☒ INDIVIDUALLY OWNED   ☐ A CORPORATION   ☐ A PARTNERSHIP   ☐ OTHER (Specify)

9. DESCRIBE SPECIFIC ACTIVITY APPLICANT IS ENGAGED IN, OR INTENDS TO ENGAGE IN, WHICH WILL REQUIRE A FEDERAL FIREARMS LICENSE (Sales of ammunition alone do not require a license) Inc. + of... receiving ammo &
Accessories to law enforcement personnel and select customers

9a. DO YOU INTEND TO ENGAGE IN PAWNBROKING?
☐ YES   ☒ NO

10. APPLICATION IS MADE FOR A LICENSE UNDER 18 U.S.C. CHAPTER 44 AS A (Place an "X" in column (b) or (c) on the appropriate line. Submit the fee shown with the application. Original and renewal licenses are issued for a 3 year period.)

| TYPE | DESCRIPTION OF LICENSE TYPE (a) | 3YR ORIGINAL FEE (b) | RENEWAL FEE (c) |
|---|---|---|---|
| 01 | DEALER IN (01), INCLUDING PAWNBROKER (02), IN FIREARMS OTHER THAN DESTRUCTIVE DEVICES (INCLUDES: Rifles, Shotguns, Pistols, Revolvers, Gunsmith activities and National Firearms Act (NFA) Weapons) | $200 | $90 ☒ |
| 01-00 | MANUFACTURER OF AMMUNITION FOR FIREARMS OTHER THAN AMMUNITION FOR DESTRUCTIVE DEVICES | $30 | $30 |
| 06 | MANUFACTURER OF AMMUNITION FOR FIREARMS OTHER THAN AMMUNITION FOR DESTRUCTIVE DEVICES OR ARMOR PIERCING AMMUNITION | $150 | $150 |
| 07 | MANUFACTURER OF FIREARMS OTHER THAN DESTRUCTIVE DEVICES | $150 | $150 |
| 08 | IMPORTER OF FIREARMS OTHER THAN DESTRUCTIVE DEVICES OR AMMUNITION OTHER THAN ARMOR PIERCING AMMUNITION (NOTE: importer of handguns and rifles, see item 7 of instruction sheet) | $3000 | $3000 |
| 09 | DEALER IN DESTRUCTIVE DEVICES | $3000 | $3000 |
| 10 | MANUFACTURER OF DESTRUCTIVE DEVICES, AMMUNITION FOR DESTRUCTIVE DEVICES OR ARMOR PIERCING AMMUNITION | $3000 | $3000 |
| 11 | IMPORTER OF DESTRUCTIVE DEVICES, AMMUNITION FOR DESTRUCTIVE DEVICES OR ARMOR PIERCING AMMUNITION | | TOTAL FEES $ 90.00 |

IF BUSINESS OBTAINED FROM SOMEONE ELSE, GIVE

11. NAME

12. FEDERAL FIREARMS LICENSE NUMBER

13. HOURS OF OPERATION OF APPLICANT'S BUSINESS

| TIME | SUN | MON | TUES | WED | THU | FRI | SAT |
|---|---|---|---|---|---|---|---|
| OPEN | | | 9:00 a.m | | 5:00 p.m | | 8:00 a.m |
| CLOSE | | | 7:00 p.m | | 7:00 p.m | | 7:00 p.m |

14. IS APPLICANT PRESENTLY ENGAGED IN A BUSINESS REQUIRING A FEDERAL FIREARMS LICENSE? (If "Yes", answer 14a.)
☒ YES   ☐ NO

14a. PRESENT LICENSE NUMBER
8-52-011-01-OH-11521

15. APPLICANT'S PREMISES ARE   ☐ OWNED   ☒ LEASED/RENTED

IF RENTED OR LEASED, PLEASE PROVIDE THE NAME, ADDRESS AND TELEPHONE NUMBER OF THE OWNER OF THE PROPERTY

NAME AND ADDRESS
F.O.P Lodge 102
5711 Industry Lane
Frederick, MD 21704

TELEPHONE NUMBER
(301) 695-7997

16. DO YOU INTEND TO MAKE A PROFIT FROM YOUR BUSINESS?
☒ YES   ☐ NO

16. INDICATE TYPE OF BUSINESS PREMISES

ZONED COMMERCIAL
☐ STORE FRONT
☒ OFFICE
☐ ROD & GUN CLUB
☐ MILITARY BASE
☐ OTHER (Specify)

ZONED RESIDENTIAL
☐ SINGLE FAMILY DWELLING
☐ CONDOMINIUM/APARTMENT
☐ HOTEL/MOTEL
☐ PUBLIC HOUSING

IF THE PREMISES ARE LOCATED ON A MILITARY INSTALLATION, ATTACH A COPY OF A WRITTEN AUTHORIZATION FROM THE BASE COMMANDER TO CONDUCT A FIREARMS BUSINESS ON THE MILITARY INSTALLATION.

17a. DO YOU INTEND TO SELL FIREARMS ONLY AT GUN SHOWS?
☐ YES   ☒ NO

18. DO YOU INTEND TO USE YOUR LICENSE ONLY TO ACQUIRE PERSONAL FIREARMS?
☐ YES   ☒ NO

19. IF YOU HAVE SERVED IN THE ARMED FORCES, FILL IN THE SERVICE NUMBER AND MILITARY BRANCH   N/A

MILITARY BRANCH

SERVICE SERIAL NUMBER

ATF F 7 (5310.12) (7-95)

ATF COPY

22

20. LIST BELOW THE INFORMATION REQUIRED FOR EACH INDIVIDUAL, OWNER, PARTNER, AND OTHER RESPONSIBLE PERSONS IN THE BUSINESS. IF A FEMALE, LIST GIVEN, MARRIED, AND MAIDEN NAMES. e.g. "MARY ALICE (SMITH) JONES," NOT "MRS. JOHN JONES."
(If additional space is needed, use a separate sheet.)

IN ADDITION TO A SOLE PROPRIETOR, A RESPONSIBLE PERSON IS

a. In the case of a corporation, partnership, or association, any individual possessing, directly or indirectly, the power to direct or cause the direction of the management, policies, and practices of the corporation, partnership, or association, insofar as they pertain to firearms and

b. In the case of a corporation, association, or similar organization, any person owning ten percent or more of the outstanding shares of stock issued by the applicant and the officers and directors thereof.

| FULL NAME | POSITION AND SOCIAL SECURITY NO. | HOME ADDRESS (Include ZIP Code) Sole proprietors and responsible persons are required to provide all places resided in for the last 5 years. Use a separate sheet if necessary | PLACE OF BIRTH | DATE OF BIRTH | RACE | SEX |
|---|---|---|---|---|---|---|
| Charles A. Jenkins | Owner 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 | 7147 Prospect Drive Thurmont, MD 21788 | Washington D.C. | 7/27/96 | W | M |

| | | YES | NO |
|---|---|---|---|
| GIVE FULL DETAILS ON SEPARATE SHEET FOR ALL "YES" ANSWERS IN ITEMS 21, 22, AND 23. | | X | |
| 21. HAS APPLICANT OR ANY PERSON REFERRED TO IN ITEM 20 ABOVE | A. HELD A FEDERAL FIREARMS LICENSE? | | X |
| | B. BEEN DENIED A FEDERAL FIREARMS LICENSE? | | X |
| | C. BEEN AN OFFICER IN A CORPORATION HOLDING A FEDERAL FIREARMS LICENSE? | | X |
| | D. BEEN AN EMPLOYEE OF A FEDERAL FIREARMS LICENSEE? | | X |
| | E. HAD AN FEDERAL FIREARMS LICENSE REVOKED? | | X |
| 22. IS APPLICANT OR ANY PERSON NAMED IN ITEM 20 ABOVE | A. CHARGED BY INFORMATION OR UNDER INDICTMENT IN ANY COURT FOR A CRIME PUNISHABLE BY IMPRISONMENT FOR A TERM EXCEEDING ONE YEAR? | | X |
| | B. A FUGITIVE FROM JUSTICE? | | X |
| | C. AN ALIEN WHO IS ILLEGALLY OR UNLAWFULLY IN THE UNITED STATES? | | X |
| | D. UNDER 21 YEARS OF AGE? | | X |
| | E. AN UNLAWFUL USER OF OR ADDICTED TO MARIJUANA OR ANY DEPRESSANT, STIMULANT OR NARCOTIC DRUG, OR ANY OTHER CONTROLLED SUBSTANCE? | X | |
| | F. SUBJECT TO A COURT ORDER RESTRAINING HIM FROM HARASSING, STALKING OR THREATEN- ING AN INTIMATE PARTNER OR CHILD OF SUCH PARTNER? | | X |
| | G. BEEN CONVICTED IN ANY COURT OF A CRIME PUNISHABLE BY IMPRISONMENT FOR A TERM EXCEED- ING ONE YEAR? | | X |
| 23. HAS APPLICANT OR ANY PERSON NAMED IN ITEM 20 | A. BEEN DISCHARGED FROM THE ARMED FORCES UNDER DISHONORABLE CONDITIONS? | | X |
| | B. BEEN ADJUDICATED A MENTAL DEFECTIVE OR BEEN COMMITTED TO ANY MENTAL INSTITUTION? | | X |
| | C. BEEN ADJUDICATED A MENTAL DEFECTIVE? | | X |
| | D. RENOUNCED UNITED STATES CITIZENSHIP? | | X |

Information: A formal accusation of crime made by a prosecuting attorney, as distinguished from an indictment presented by a grand jury. A YES answer is required if the judge could have given a sentence of more than one year. You may answer NO if (a) you have been pardoned for the crime or (b) the conviction has been expunged or set aside or (c) your civil rights have been restored AND you are not prohibited from possessing or receiving any firearm under the law where the conviction occurred.

**APPLICANT CERTIFICATION (Please read and initial each box)**

24.
The business to be conducted under this Federal firearms license is not prohibited by State or local law at the premises shown in Item 5. This includes compliance with zoning ordinances.

Within 30 days after the application is approved the business will comply with the requirements of State and local law applicable to the conduct of business.

Business will not be conducted under the license until the requirements of State and local law applicable to the business have been met

A completed copy of this form has been sent or delivered to the Chief Law Enforcement Officer of the locality in which the premises are located

NAME (Chief Law Enforcement Officer) (CLEO)   Frederick County Sheriff Office - Sheriff James Hagy
ADDRESS (include no., street, city, county, State and ZIP Code) of CLEO)   1309 Carers Road    Frederick, Frederick Co., MD 21704

25. CERTIFICATION: Under the penalties imposed by 18 U.S.C. 924, I declare that I have examined this application and the documents submitted in support thereof, and to the best of my knowledge and belief, they are true, correct and complete. This signature, when presented by a duly authorized representative of the Department of the Treasury, will constitute my consent and authority to examine and obtain copies and abstracts of records and to receive statements and information regarding my background. Specifically, I hereby authorize the release of the following data or records to ATF: Employment information, military information/records, medical information/records, police and criminal records.

DATE   7/18/96

| SIGN HERE | TITLE |
|---|---|
| | Owner |

**FOR ATF USE ONLY**

26. APPLICATION IS  ☐ APPROVED  ☐ DISAPPROVED   REASONS FOR DISAPPROVED APPLICATION   DATE

SIGNATURE OF LICENSING OFFICIAL

INFORMATION FOR THE CHIEF LAW ENFORCEMENT OFFICER
This form infringes notification of a person's intent to apply for a Federal firearms license. It requires no action on your part. However, should you have information that may disqualify the person from obtaining a Federal firearms license, please contact the Firearms and Explosives Licensing Center at (404) 679-5040. A "Yes" answer to questions 22 and #23 could disqualify a person for a license. Also, ATF may not issue a license if the business should be in violation of State or local law.

ATF F 7 (5310.12) (7-95)

23

USA-RK-001905

USA-RK-001906





Charles A. Jenkins
7597 Prospect Drive
Dumont, MD 21788

Ph. 301 898-5722

September 24, 1996

Insp. Wilson
BATF
22 S. Howard Street
Baltimore, MD 21201

Mr. Wilson:

Pursuant to our phone conversation on Wednesday 09/18/96, I am voluntarily surrendering my FFL and discontinuing efforts to renew the license. Enclosed you will find the bound disposition log and forms 4473 as required, and the current original license. There has been no recent activity with the license and none since applying for renewal.

At your suggestion, I will attempt to reapply for a new license at a later date after securing local zoning permits, and getting approval for a business location. I'm sure I will have questions and will contact your office for advice before reapplying.

Charles A. Jenkins

25
USA-RK-001908



**DEPARTMENT OF THE TREASURY**
BUREAU OF ALCOHOL, TOBACCO AND FIREARMS
ATLANTA, GEORGIA 30301-2994

August 27, 1996

License Number: 52-11521

Charles A. Jenkins
7197 Prospect Dr.
Thurmont, Md. 21788

Dear Licensee/Applicant

We are unable to process your application for the following reasons:

(X) You must complete all circled items.

( ) A photograph must be provided for each person listed in Item 20.

( ) Item 5 - A Post Office Box is not an acceptable premises location and can be used only for mailing purposes. A physical address must be provided.

( ) Item 13 - You must list hours of operation during which your records are available for inspection by ATF, even if you conduct business by appointment only.

( ) Item 20 - This item must be completed. In the case of a corporation each officer and each stockholder owning more than 10% of the stock must be shown. In the case of a partnership, each partner must be shown.

( ) Item 25 - This item must be signed by the owner, partner or a corporate officer.

( ) You did not timely file; therefore, you are currently not licensed, nor eligible for the renewal rate. Accordingly, a new license fee of $200.00 is required. You owe a balance of $.

( ) Your business has changed from to. This is a change in ownership; therefore, a new license fee is required. You owe a balance of $.

( ) The Application for License you submitted is on an obsolete form. You must complete the attached forms.

(x) The fingerprint card(s) submitted are

( ) Unclassifiable by the FBI and/or
( ) On an unacceptable fingerprint card stock.
(x) Incomplete; all circled items must be completed. Fingerprints must be taken by someone properly equipped to take them. Blanks are attached.

If your completed application or fingerprint card(s) are not returned to this office, P.O. Box 2994, Atlanta, GA 30301-2994, within 30 days, your application for a Federal firearms license will be considered abandoned and your fee, if submitted, will be refunded. If you have questions regarding this letter, you may call (404) 679-5040.

Sincerely yours,

Myrna H. Huntley, Chief
Firearms & Explosives Licensing Center

Enclosure(s)

26

USA-RK-001901