IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

**UNITED STATES OF AMERICA**          *

    **v.**                                            *          **CRIMINAL NO: SAG-23-0123**

**CHARLES A. JENKINS,**                *

      **Defendant**                          *

…ooo0ooo…

## PROPOSED ORDER

The Court having reviewed Defendant Jenkins' four Motions *in Limine*, it is this _____ day of _____, 2024

ORDERED

1. Motion I (firearms/photographs): _____.

2. Motion II (letter of March 29, 2022): _____.

3. Motion III (Indictment paragraph 14): _____.

4. Motion IV (FFL records 1980s-90s): _____.

_____
The Honorable Stephanie A. Gallagher
United States District Court
For the District of Maryland