IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| | * |
| v. | * |
| | * CRIMINAL NO. SAG-23-123 |
| CHARLES AUSTIN JENKINS, | * |
| | * |
| Defendant. | * |

**CONSENT MOTION FOR EXTENSION OF TIME TO FILE**
**RESPONSE TO DEFENDANT JENKINS' MOTION IN LIMINE**

The United States of America, by and through its undersigned counsel, respectfully, requests an extension to November 15, 2024 to file a response to Defendant Jenkins' Motion in Limine. ECF No. 134. Counsel for Defendant Jenkins consented to this relief.

1. On January 3, 2024, this Court ordered that motions in limine in this case would be due on September 6, 2024, the pretrial conference would occur on January 3, 2025, and a seven-day jury trial would follow starting on January 27, 2025. ECF No. 103.

2. Later, on August 22, 2024, Defendant Jenkins moved this Court to extend his deadline to file motions in limine to October 11, 2024. ECF No. 129. Defendant Jenkins' basis for that extension related to his review of discovery produced by the Government on August 14, 2024 and certain personal matters preventing Defendant Jenkins' counsel from "formulat[ing] the defendant's trial strategy[.]" *Id*. The Government consented to that motion and this Court granted it the next day. ECF No. 130.

3. Defendant Jenkins timely filed his motions in limine on October 11, 2024. ECF No. 134. Pursuant to Local Rule 105.2, the Government has fourteen days to respond to those motions. As a result, the current deadline is October 25, 2024.

1

4. However, as this Court knows, starting tomorrow (October 15, 2024), counsel for the Government will be in trial in *U.S. v. Robert Krop* and will not be able to simultaneously try that case against Defendant Krop while also drafting response motions to Defendant Jenkins.

5. As a result, the Government requests that this Court extend its deadline to respond to Defendant Jenkins' Motions in Limine to November 15, 2024.

6. On October 14, 2024, via electronic communication, counsel for Defendant Jenkins consented to the relief requested in this motion.

WHEREFORE, the United States respectfully requests that the Court grant this Motion and enter an Order extending the filing of the Government's response to November 15, 2024. A proposed order is attached.

Dated: October 15, 2024            Respectfully submitted,

                                              Erek L. Barron
                                              United States Attorney

By:   */s/ Christine Goo*
      Christine O. Goo
      Assistant United States Attorney
      36 S. Charles Street, 4th Floor
      Baltimore, Maryland 21201