**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | * |
| | * |
| **v.** | * |
| | *   **Criminal  No.  23-cr-0123-SAG** |
| **CHARLES A. JENKINS,** | * |
| | * |
| **Defendant.** | * |

**\* \* \* \* \* \* \***

**MOTION TO WITHDRAW APPEARANCE OF**
**P. MICHAEL CUNNINGHAM AS COUNSEL FOR THE UNITED STATES**

The United States of America, by and through undersigned counsel, and pursuant to Local

Rule 201(3), hereby respectfully requests that this Honorable Court withdraw the appearance of P.

Michael Cunningham as counsel for the United States in all matters for the above captioned case.

Respectfully submitted,

Erek L. Barron
United States Attorney

By:  _____/s/_____
P. Michael Cunningham
Assistant United States Attorney